## Sarasota County Sheriff's Office
Sarasota County, Florida
### Supplemental Property Report

**ORIGINAL**

#8 Status 1 STOLEN   Damage Code N/A
Property Type  BLINDS                                Brand              #Item  1
Color                     Model          Serial Nbr                   Weight/Size
Value 216   If Estimated Check  ☐ BOLO# N       Offense Ind: 1 1ST OFFENSE
Drug Type N N/A                      Drug Activity  N N/A                Caliber/Gauge  N
Recovery Info: Date __/__/____   Code 00 N/A            Value
Comments N

#9 Status 1 STOLEN   Damage Code N/A
Property Type  LAMP  FLAMP                            Brand              #Item  2
Color                     Model          Serial Nbr                   Weight/Size
Value 200   If Estimated Check  ☐ BOLO# N       Offense Ind: 1 1ST OFFENSE
Drug Type N N/A                      Drug Activity  N N/A                Caliber/Gauge  N
Recovery Info: Date __/__/____   Code 00 N/A            Value
Comments N

Officer/ID: Philip Wrench #1609     Case# 201400026554    Date 4/23/2014    PAGE# 4

**ORIGINAL**

**Sarasota County Sheriff's Office**
Sarasota County, Florida

---

Sherrie Hampton-Muhamed sent a facsimile to the records office dated 3/12/14, which was received at the north desk on 3/13/14.

To comply with this office's protocol, a return facsimile was sent to Mrs. Hampton-Muhamed to file a courtesy report at her local law enforcement office for onward transmission to enable a report to be written at this office.

On 4/18/14, a male who said he was desk Sgt. Lorens with the Gwinnet Sheriff's Office, Georgia, telephoned and said that Mrs. Hampton-Muhamed was present in response to the above. This man said that unless a crime occurred in Gwinnett County, he would not take a report, period. Upon asking for Mrs. Hampton-Muhamed to speak on the telephone, the man said that he sat upon high at the desk and that he had a 'phone that was for police use only, no exceptions.

Mrs. Hampton-Muhamed later sent a facsimile to this office, outlining that a burglary had taken place at a home that she still owns at 4163, Palau Dr., Sarasota. The Sarasota County Appraiser's website confirms ownership.

This occurred between 10/3/13 & 12/3/13.

An unknown suspect forced entry to the house and stole the listed items.

There is water damage to the attic, walls and wood floor, but malice aforethought is not establishable .

---

Officer/ID: Philip Wrench #1609          Case# 201400026554    Date 4/23/2014    PAGE# 5

# EXHIBIT U

Copy of Subpoena dated February 27, 2013

| ☒ IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR SARASOTA COUNTY, FLORIDA | |
|---|---|
| ☐ IN THE COUNTY COURT IN AND FOR SARASOTA COUNTY, FLORIDA | |
| **DIVISION:** CIVIL | **CASE NUMBER:** 2012 CA 008672 NC |
| **PLAINTIFF** JAMES B NUTTER AND COMPANY | **VS. DEFENDANT** SHERRIE HAMPTON-MUHAMED |

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA:

TO: ANDREA D PIDALA, 4919 Memorial Hwy, Ste 200, TAMPA, FL 33634
RONALD R. WOLFE & ASSOCS., PL

19/4

YOU ARE COMMANDED to appear at COURT HOUSE, ROOM 7C, in SARASOTA, Florida, on MARCH 8, 2013 at 8:45 AM, and to have with you at that time and place the following: 1) CONTRACT WITH DEFENDANTS SIGNATURE 2) LAW THAT AUTHORIZES JBNUTTER TO EXECUTE & HOLD ACCOUNTABLE ANYONE UNDER A DEAD MANS CONTRACT. 3) COPIES OF BOOKS AND RECORDS FOR ALL LOAN TRANSACTIONS-COMPLETE COLLATERAL FILE. 4) VALIDATION OF WHERE THE MONEY CAME FROM THAT CREATED THE LOAN. (WHO FUNDED THE LOAN AND HOW) 5) CLEAR AND CONCISE HISTORY OF THE LOAN FROM START TO PRESENT TO INCLUDE WHERE ALL THE MONIES WENT AND TO WHO 6) WHO IS LOOKING TO GET PAID NOW 7) CUSIP/POOL NO ANY OTHER TRUST OR SECURITY TO INLCUDE ALL TRANSFERS/TRANSACTIONS FROM LOAN INCEPTION 8) ORIGINAL LOAN APPLICATION 9) ORIGINAL NOTE AND MORTGAGE WITH ALL INDORSEMENTS AND ALLONGES 10) ALL ORIGINAL TITLE DOCUMENTS & RECORDS OF ALL INSURANCE POLICIES/BONDS RELATED TO THIS LOAN ALONG WITH AFFIDAVIT.

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. You may comply with this subpoena by providing legible copies of the items to be produced to the attorney/party whose name appears on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. You may mail or deliver the copies to the attorney/party whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney/party whose name appears on this subpoena. THIS WILL NOT BE A DEPOSITION; NO TESTIMONY WILL BE TAKEN.

If you fail to: (1) appear as specified; or (2) furnish the records instead of appearing as provided above; or (3) object to this subpoena, you may be in contempt of court. You are subpoenaed by the parties whose names appear on this subpoena and unless excused from this subpoena by the attorneys/parties or the Court, you shall respond to this subpoena as directed.

DATED ON FEBRUARY 27, 2013

SHERRIE HAMPTON-MUHAMED

ATTORNEY/PARTY FOR: SELF
ADDRESS: ~~4329 DONERIAL DR.,~~
          SNELLVILLE, GA 30039

KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT

BY: _Paula V. Wellheloard_    DATE: 2-28-13
    Deputy Clerk

2013 MAR 4 PM 12:44
HILLSBOROUGH CO SHERIFF
CIVIL PROCESS

004982

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Sarasota County Jury Office, P.O. Box 3079, Sarasota, Florida 34230-3079, (941)861-7400, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.

# EXHIBIT V

**Copy of Affidavit by Securitization Analyst, dated January 6, 2014**

ARIZONA DOCUMENT SERVICES, LLC
WWW.AZDOCUMENTSERVICES.COM
AZCLDP #81339 | 480.292.7996

Kenneth Sutherland

In Re: Real Property Located:
4163 Palau Drive
Sarasota, Florida
34241

AFFIDAVIT of
WILLIAM McCAFFREY

I William McCaffrey, declare as follows:

I am over the age of 18 years and qualified to make this AFFIDAVIT. I am a resident of the State of Arizona and formulate this AFFIDAVIT based on my own personal knowledge. I have no direct or indirect interest in the outcome of the case at bar for which I offer my observations, analysis, opinions and testimony.

My experience in the Banking industry encompasses over 35 years employment for federally insured institutions including over ten as Business Development Manager for Indy Mac Bank FSB, and currently Consultant for Housing Mortgage Consultants Inc.

I have personal knowledge and experience to render opinions in the topic areas related to the securitization of mortgage loans, derivative securities, the securities industry, Uniform Commercial Code practices, predatory lending practices, Truth in Lending Act requirements, loan origination and underwriting, accounting in the context of securitization and pooling and servicing of securitized loans, assignment and assumption of securitized loans, creation of trusts under deeds of trust, and issuance of asset backed securities and specifically mortgage-backed securities by special purpose vehicles in which an entity is named as trustee for holders of certificates of mortgage backed securities, the economics of securitized residential

ARIZONA DOCUMENT SERVICES, LLC
WWW.AZDOCUMENTSERVICES.COM
AZCLDP #81339 | 480.292.7996

mortgages during the period of 2001-2008, appraisal fraud, and its effect on APR disclosure, usury and foreclosure of securitized residential mortgages.

I have been qualified to testify in Maricopa County Superior Court, United States Federal Court, Bankruptcy Court and numerous Civil and Criminal Courts including Nevada, California, Texas, and Arizona. In the past few years, I have served as Expert Witness in both civil and criminal cases. I have testified at trial in Superior Court Cases include Johnston v. Southstar Funding LLC, Marshall and Isley Bank v. Izzo, Slikker v. Kondaur, Brokalakis v. National City Mortgage, and Wells Fargo Bank v. Dutson. United States Bankruptcy Judges Markel and Reigle, Superior Court Judges' Staffel, Ronan, Garcia, and Budoff, and Commissioners' Davis, Ellis, and Hamner have all affirmed my testimony.

I am also a Securitization Analyst and use specialty-licensed software, which permits investors and licensed users to access any "named Trust-Entity" which are The Corporate/Trust Documents officially filed with the Securities and Exchange Commission. I can find each Mortgage Note held by this named Trust-Entity, and can verify its status at any given time. I have the knowledge and experience to perform these searches with accuracy.

At the request of Sherrie Hampton-Muhamed I submit this affidavit and have personal first hand knowledge of the following facts:

The subject property, 4163 Palau Drive, Sarasota, Florida was secured by a MORTGAGE in favor James B. Nutter & Company on or about November 18, 2003. The subject MORTGAGE has a FHA case number of 093-5694731-703 203b.

AFFIDAVIT of William McCaffrey

ARIZONA DOCUMENT SERVICES, LLC
WWW.AZDOCUMENTSERVICES.COM
AZCLDP #81339 | 480.292.7996

My research shows the Note has been securitized which is the process of aggregating a large number of Notes in what is called a mortgage pool and then selling security interests in that pool of mortgages to investors. These sales have fractionalized possession of the Note over many different investors.

The subject NOTE or Loan of said property was bundled with many other loans, sold to investors and ultimately placed into a GOVERNMENT NATIONAL MORTGAGE ASSOCIATION ("GINNIE MAE") REMIC TRUST 2003-099. This Trust is also referred to as the ISSUING ENTITY and was formed pursuant to the Trust Agreement among the Seller, Depositor, Servicer, the Trust Oversight Manager and the Trustee.

The Trust is also a REAL ESTATE MORTGAGE INVESTMENT CONDUIT (REMIC) within the meaning of section 860D of the Internal Revenue Code as amended in 1986 (The Code), which governs the rules of the subject trust.

The only potential party to a foreclosure wherein the allege financial injury and therefore a right to collect the obligation, enforce the note or enforce the security instrument is either a party who has actually lost money or stands to lose money, or an authorized representative who can show such authority and is answerable to the claims, affirmative defenses and counterclaims of the borrowers for such causes of action or defenses as might be applicable. James B. Nutter & Company fits none of these descriptions and acts as only servicer of the mortgage loan.

The only potential holder in due course of a note falls within one or more of the following classifications:

AFFIDAVIT of William McCaffrey

ARIZONA DOCUMENT SERVICES, LLC
WWW.AZDOCUMENTSERVICES.COM
AZCLDP #81339 | 480.292.7996

(1) Investors who purchased asset backed securities in which ownership of the loans were described with sufficient specificity as to at least express the intent to convey ownership of the obligation as evidenced by the promissory note and an interest in real property consisting of a security interest held by an entity that was described as the beneficiary of a Trust created by a Deed of Trust;

(2) Insurers that paid some party on behalf of said investors;

(3) Counterparties on credit default swaps;

(4) Conveyances or constructive trusts arising by operation of law through cross collateralization and over-collateralization within the aggregate asset pools or later within the Special Purpose Vehicle tranches ("tranches" is an industry term of art referring to the types of division within a Special Purpose Vehicle);

(5) Any other party that has traded in mortgage backed securities from the aggregated pools or securitized tranches containing interests in the loans.

James B. Nutter & Company and their successors in interest do not fall within any of the classifications of holders in due course on the subject loan and has not suffered any financial loss relating to the loan.

All factual testimony or statements made in this AFFIDAVIT are true and correct according to my research. All opinions stated herein are based upon decades of relevant experience within the banking industry.

FURTHER AFFIANT SAYETH NAUGHT.

AFFIDAVIT of William McCaffrey

ARIZONA DOCUMENT SERVICES, LLC
WWW.AZDOCUMENTSERVICES.COM
AZCLDP #81339 | 480.292.7996

_____
William McCaffrey

SWORN TO AND SUBSCRIBED before me, the undersigned notary public, this

___6___ day of ___January___ 2014.

_____
Notary Public

NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
AARON ARGANDONA
My Commission Expires October 23, 2015

My commission expires: ___10 23 15___

AFFIDAVIT of William McCaffrey

## MOTION TO SUPEND R.I.C.O. CASE TEMPORARILY

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 07 2014

JAMES N. HATTEN, Clerk
By
Deputy Clerk

**SANDRA GRESHAM**
**PLAINTIFF**

CASE NUMBER: 1-13-cv-03597-WBH

V.

**ELDRIN BELL**
**CLAYTON COUNTY COLLABORATIVE AUTHORITY**
**DEFENDANTS**

## MOTION TO SUSPEND R.I.C.O CASE TEMPORARILY

Now Comes Sandra Gresham, Pro Se Petitioner is seeking this court to temporarily put this case on hold OR Recuse, to allow Sandra Gresham, Plaintiff to seek the help from the U.S. Attorney General office Eric Holder's Office to appoint a Federal Judge from a neighboring state to adjudicate this case due to the amount of corruption in Georgia's Judicial Circuit. Also, and to allow Sandra Gresham, Plaintiff the opportunity to Lobby Congress to create a law mandating that when States with high levels of Judicial Corruption to utilize neighboring Federal Judges.

### FACTUAL FINDING

1.

Being that this was my first year as a Lobbyist, I had the opportunity to engage several Lawmakers in both the Georgia House and Senate on ways to assist and guarantee that Corrupt Officials be prosecuted first for their crimes making it easier for Indigent Victims the opportunity to have access to Legal Counsel for Civil Remedies and allowing access to Procedural Due Process without incurring outrageous and erroneous legal fees similar to the Defendants.

2.

As I served as a Lobbyist I discovered Judge Steven Teske on numerous occasions collaborating with several judges at the State Capitol before and after Judicial Committee Meetings. I also witnessed Judges from the State, Superior, and Appellant Court, and possibly Federal Judges shaking hands, and socializing in their small community the lobby of the CLOB Building. Also, I witnessed Eldrin Bell at the Capitol taking pictures pics with Lt. Governor Casey