IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHERRIE HAMPTON-MUHAMED,

    Plaintiff,

v.

JAMES B. NUTTER & CO., et al.,

    Defendants.

CIVIL ACTION NO.
1:13-CV-3659-CC-LTW

## MAGISTRATE JUDGE'S ORDER

This case is presently before the Court on Plaintiff Sherrie Hampton-Muhamed's Motion to Enlarge Time to Serve Defendant. Docket Entry [2]. Therein, Plaintiff seeks an additional forty-five days to serve Defendants because she has had difficulty identifying the Defendants designated as John Does and intended to amend her Complaint to include them. Plaintiff subsequently amended her Complaint on May 6, 2014. Plaintiff's Motion is **GRANTED** and Plaintiff may have through and including July 3, 2014, to serve all of the Defendants. Docket Entry [2].

**SO ORDERED**, this 16 day of May, 2014.

LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)