AO 399 (01/09) Waiver of the Service of Summons

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 2 5 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Sherrie Hampton-Muhamed
_____
Plaintiff
v.
James B. Nutter & Company et al.
_____
Defendant

Civil Action No. 1:13-CV-03659-CC

### WAIVER OF THE SERVICE OF SUMMONS

To: Sherrie Hampton-Muhamed
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

   I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

   I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

   I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from   June 20, 2014  , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: June 20, 2014

_____
*Signature of the attorney or unrepresented party*

James B. Nutter & Company
*Printed name of party waiving service of summons*

Ann R. Schildhammer of Taylor English Duma LLP
*Printed name*

1600 Parkwood Circle, Suite 400, Atlanta, GA 30339
*Address*

aschildhammer@taylorenglish.com
*E-mail address*

(770) 434-6868
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

   Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

   "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

   If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

   If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

JUN 2 5 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Sherrie Hampton-Muhamed
_____
*Plaintiff*
v.
James B. Nutter & Company et al.
_____
*Defendant*

)
)
)
)   Civil Action No. 1:13-CV-03659-CC
)
)

## WAIVER OF THE SERVICE OF SUMMONS

To: Sherrie Hampton-Muhamed
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from   June 20, 2014   , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: June 20, 2014

_____
*Signature of the attorney or unrepresented party*

James B. Nutter, Jr., CEO (Individually and in His Capacity as CEO of James B. Nutter & Company)
_____
*Printed name of party waiving service of summons*

Ann R. Schildhammer of Taylor English Duma LLP
_____
*Printed name*

1600 Parkwood Circle, Suite 400, Atlanta, GA 30339
_____
*Address*

aschildhammer@taylorenglish.com
_____
*E-mail address*

(770) 434-6868
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 2 5 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Sherrie Hampton-Muhamed )
_____ )
              *Plaintiff*        )
        v.                       )   Civil Action No. 1:13-CV-03659-CC
James B. Nutter & Company et al. )
_____ )
              *Defendant*        )

## WAIVER OF THE SERVICE OF SUMMONS

To: Sherrie Hampton-Muhamed
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from June 20, 2014, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: June 20, 2014

_____
*Signature of the attorney or unrepresented party*

Keith Ward, CFO (Individually and in His Capacity as CFO of James B. Nutter & Company)   Ann R. Schildhammer of Taylor English Duma LLP
*Printed name of party waiving service of summons*                                        *Printed name*

1600 Parkwood Circle, Suite 400, Atlanta, GA  30339
*Address*

aschildhammer@taylorenglish.com
*E-mail address*

(770) 434-6868
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 25 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

AO 399 (01/09) Waiver of the Service of Summons

## UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Sherrie Hampton-Muhamed )
_____ )
Plaintiff )
v. ) Civil Action No. 1:13-CV-03659-CC
James B. Nutter & Company et al. )
_____ )
Defendant )

### WAIVER OF THE SERVICE OF SUMMONS

To: Sherrie Hampton-Muhamed
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from June 20, 2014, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: June 20, 2014

_____
*Signature of the attorney or unrepresented party*

Bruce Huey, VP (Individually and in His Capacity as a VP of James B. Nutter & Company)
*Printed name of party waiving service of summons*

Ann R. Schildhammer of Taylor English Duma LLP
*Printed name*

1600 Parkwood Circle, Suite 400, Atlanta, GA 30339
*Address*

aschildhammer@taylorenglish.com
*E-mail address*

(770) 434-6868
*Telephone number*

#### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 2 5 2014

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

## UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Sherrie Hampton-Muhamed
_____
Plaintiff
v.
James B. Nutter & Company et al.
_____
Defendant

Civil Action No. 1:13-CV-03659-CC

### WAIVER OF THE SERVICE OF SUMMONS

To: Sherrie Hampton-Muhamed
_____
(Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from June 20, 2014, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: June 20, 2014

_____
Signature of the attorney or unrepresented party

Al Pitzner, VP Compliance (Individually and in His Capacity as VP Compliance of James B. Nutter & Company)

Printed name of party waiving service of summons

Ann R. Schildhammer of Taylor English Duma LLP

Printed name

1600 Parkwood Circle, Suite 400, Atlanta, GA 30339
Address

aschildhammer@taylorenglish.com
E-mail address

(770) 434-6868
Telephone number

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.