AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 07 2014

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  JENNIFER  MARLOW Ronald R. Wolfe
was received by me on *(date)*  6-29-14  and Associates P.L.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Barbara Nelson, receptionist ✱ , who is
designated by law to accept service of process on behalf of *(name of organization)* Ronald R Wolfe & Associates
4919 Memorial Hwy Ste 200, Tampa FL  on *(date)*  7-1-14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 60.00 for travel and $ 40.00 for services, for a total of $ 100.00

I declare under penalty of perjury that this information is true.

Date: 7/1/14

_Jennifer Marlow_
Server's signature

Sworn + Subscribed before
me this 1st day of July 2014
by Jennifer Marlow
_Debby Wolverton_

JENNIFER  MARLOW
Printed name and title

94 TATUM RD.
SARASOTA  FL 34240
Server's address

Debby Wolverton
COMMISSION #EE 218775
EXPIRES JULY 23, 2016
WWW.AARONNOTARY.com

Additional information regarding attempted service, etc:
✱ Petite, Brown hair, glasses. Barbara Nelson, accepted the
summons to review and called for proper party to accept same.
Allegedly, said party was not available and I was advised to
return the next day. Mr. Ellis, general counsel was to
review all documents, including those prepared for the
associates. After this discussion

I returned with all 13 summons in a box and left them with Barbara Nelson
on a chair in front of her desk. She refused to accept service as it is
not in her authority

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| Sherrie Hampton-Muhamed<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Ronald R. Wolfe & Associates, P.L., et al<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:13-CV-03659-CC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ronald R. Wolfe & Associates, P.L.
Registered Agent:
Ronald R. Wolfe II
4919 Memorial Highway, Suite 200
Tampa, Florida 33634

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA  30039

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date:  **JUN 2 5 2014**  _____    *aReich*

_____
*Signature of Clerk or Deputy Clerk*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 07 2014

JAMES N. HATTEN, Clerk
By! _[signature]_
Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JENNIFER MARLOW Ronald R Wolfe Esquire

was received by me on *(date)* 6-29-14

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Barbara Nelson, Receptionist * , who is
designated by law to accept service of process on behalf of *(name of organization)* Ronald R. Wolfe & Associates
4919 Memorial Hwy Ste 200, Tampa FL on *(date)* 7/1/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 60.00 for travel and $ 40.00 for services, for a total of $ 100.00

I declare under penalty of perjury that this information is true.

Date: 7/1/2014                              _Jennifer Marlow_
                                              Server's signature

Sworn to and subscribed            JENNIFER MARLOW
before me this 1st day                 Printed name and title
of July 2014 by
Jennifer Marlow                         94 TATUM DR.
                                              SARASOTA, FL 34340
_Debby Wolverton_                      Server's address

Debby Wolverton
COMMISSION #EE218775
EXPIRES JULY 23, 2016
WWW.AARONNOTARY.com

Additional information regarding attempted service, etc:

1. *Petite, brown hair, glasses. Barbara Nelson, accepted the summons to review and calls for party to accept service. Allegedly, said party Chief Counsel, Mr. Ellis was not in the office & I was instructed to return tomorrow (7-2-14).

2. When I returned with the additional 12 summons for the assoc. I waited while they were emailed to come to meet me. None appeared. I was advised that Mr. Ellis needed to review those summons before associates could be served.

3. I returned with all 13 summons in a box & left them with Barbara Nelson, who refused to accept them, on a chair in front of her desk.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| Sherrie Hampton-Muhamed<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Ronald R. Wolfe & Associates, P.L., et al<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  1:13-CV-03659-CC<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ronald R. Wolfe, Esquire
Registered Agent:
Ronald R. Wolfe II
4919 Memorial Highway, Suite 200
Tampa, Florida 33634

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA  30039

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:    JUN 2 5 2014                            _____
                                                *Signature of Clerk or Deputy Clerk*

*AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 07 2014

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

Civil Action No. _____

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any)  JENNIFER MARLOW Andrea D Pidala Esquire

was received by me on (date)  6-29-14

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual)  Barbara Nelson, Receptionist *  who is
designated by law to accept service of process on behalf of (name of organization)  Ronald R Wolfe + Assoc.
4919 Memorial Hwy. Ste 200 Tampa FL  on (date)  7/1/14  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $  60.00  for travel and $  40.00  for services, for a total of $  100.00

I declare under penalty of perjury that this information is true.

Date:  7/1/14

Sworn and subscribed
before me this 1st day of
July 2014 by Jennifer
Marlow

*(signature)* Debby Wolverton

*Server's signature*

JENNIFER MARLOW
*Printed name and title*

94 TATUM RD.
SARASOTA  FL 34240
*Server's address*

Debby Wolverton
COMMISSION # EE218775
EXPIRES: JULY 23, 2016
www.AARONNOTARY.com

Additional information regarding attempted service, etc.:

* Petite, brown hair, glasses. Barbara Nelson, accepted
this summons and called for and emailed for associate
to meet me. Allegedly no one was in the office so no one
came down. I was advised that Mr. Ellis, chief council
would review these documents before they would be
served. He was allegedly not available. I was advised
to return another day!
I brought all 13 summons in a box + left them with
Barbara Nelson on a chair in front of her desk. She refused to Accept Service.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Sherrie Hampton-Muhamed<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Ronaid R. Wolfe & Associates, P.L., et al<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:13-CV-03659-CC<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Andrea D. Pidala, Esquire
Registered Agent:
Ronald R. Wolfe II
4919 Memorial Highway, Suite 200
Tampa, Florida 33634

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA  30039

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: ___JUN 2 5 2014___     _____
*Signature of Clerk or Deputy Clerk*

AO 44° (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 0 7 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JENNIFER MARLOW Matthew Wolfe

was received by me on *(date)* 6-29-14                    Esquire

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Barbara Nelson, receptionist *  , who is
designated by law to accept service of process on behalf of *(name of organization)* Ronald R Wolfe & Assoc
4919 Memorial Hwy Ste 200 Tampa FL   on *(date)* 7-1-14   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 60.00 for travel and $ 40.00 for services, for a total of $ 100.00

I declare under penalty of perjury that this information is true.

Date: 7/1/14

Sworn + Subscribed to
Before me This 1st day of
July 2014 by Jennifer Marlow

*Debby Wolverton*

_____
Server's signature

JENNIFER MARLOW
Printed name and title

94 TATUM RD.
SARASOTA FL 34240
Server's address

Additional information regarding attempted service, etc:

I left this summons and 12 others on a chair in front of Barbara Nelson, petite, brown hair w/glasses, receptionist, after being told that, counsel, Mr. Ellis. wanted to review documents first. I had no access to Associate. Mr. Ellis was allegedly out of the office Barbara Nelson Refused to Accept Service — of documents after her review

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| Sherrie Hampton-Muhamed | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  1:13-CV-03659-CC |
| | ) |
| Ronald R. Wolfe & Associates, P.L., et al | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Matthew Wolf, Esquire
Registered Agent:
Ronald R. Wolfe II
4919 Memorial Highway, Suite 200
Tampa, Florida 33634

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA  30039

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
_CLERK OF COURT_

Date:  ___JUN 2 5 2014___          _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**FILED IN CLERK'S OFFICE**
U.S.D.C. - Atlanta

JUL 0 7 2014

JAMES W. ........, Clerk
By: ........ Clerk

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  JENNIFER MARLOW Katherine TilKa

was received by me on *(date)*  6-29-14                     Esquire

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  BARBARA NELSON          , who is
designated by law to accept service of process on behalf of *(name of organization)*  Ronald R Wolfe & Associates
4919 Memorial Hwy Tampa Fl   Ste 200   on *(date)*  7-1-14         ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $  60.00  for travel and $  40.00  for services, for a total of $  100.00

I declare under penalty of perjury that this information is true.

Date:  7/1/14

Sworn + Subscribed
before me this 1st day of
July 2014 by
Jennifer Marlow

*(signature)* Debby Wolverton

*Server's signature*

JENNIFER MARLOW
*Printed name and title*

94 TATUM RD.
SARASOTA, FL  34240
*Server's address*

Debby Wolverton
COMMISSION # EE218775
EXPIRES: JULY 23, 2016
WWW.AARONNOTARY.com

Additional information regarding attempted service, etc:

I left this summons and 12 others on a chair
in front of Barbara Nelson. petite, brown hair, w/glass.
reception window. I had been told by her that
Mr. Ellis, chief counsel wanted to review the documents
first. I had no access to this associate
Mr. Ellis was allegedly out of the office until another day
Barbara Nelson Refused to Accept Service

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Georgia

| | |
|---|---|
| Sherrie Hampton-Muhamed<br><br>_____<br>_Plaintiff(s)_<br>v.<br>Ronald R. Wolfe & Associates, P.L., et al<br><br>_____<br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  1:13-CV-03659-CC |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Katherine E. Tilka, Esquire
Registered Agent:
Ronald R. Wolfe II
4919 Memorial Highway, Suite 200
Tampa, Florida 33634

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA  30039

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
_CLERK OF COURT_

Date:  ___JUN 2 5 2014___          _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

JUL 0 7 2014

JAMES N. HATTEN, Clerk
By(T): ~~Deputy Clerk~~

This summons for *(name of individual and title, if any)* JENNIFER MARLOW Julie Anthousis
was received by me on *(date)* 6-29-14                          Esquire

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Barbara Nelson, Receptionist * , who is
designated by law to accept service of process on behalf of *(name of organization)* Ronald R Wolfe & Assoc
4919 Memorial Hwy Ste 200, Tampa FL on *(date)* 7-1-14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 60.00 for travel and $ 40.00 for services, for a total of $ 100.00

I declare under penalty of perjury that this information is true.

Date: 7-1-14

Sworn and Subscribed
before me this 1st day of July
by Jennifer Marlow

*Debby Wolverton (signature)*

*Server's signature*

JENNIFER MARLOW
*Printed name and title*

94 TATUM RD.
SARASOTA FL 34240
*Server's address*

*[Notary seal: Debby Wolverton, COMMISSION # EE 218775, EXPIRES: JULY 23, 2016, WWW.AARONNOTARY.COM]*

Additional information regarding attempted service, etc:

* Petite, Brown hair, w/glasses Barbara Nelson,
receptionist, review one summons and called for
assistance, she emailed all associates.
She informed me, Chief Counsel wanted to review the
documents and allegedly he was not available until
the next day. I had no access to the associates.
I left this summons on a chair in front of Barbara Nelson.
She refused to accept service as it wasn't in her authority to do so.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| Sherrie Hampton-Muhamed | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Ronald R. Wolfe & Associates, P.L., et al | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:13-CV-03659-CC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Julie Anthousis, Esquire
Registered Agent:
Ronald R. Wolfe II
4919 Memorial Highway, Suite 200
Tampa, Florida 33634

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA  30039

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:   **JUN 2 5 2014**                              _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 07 2014

By: JAMES N. HATTEN, Clerk
Debby Sparks
Deputy Clerk

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JENNIFER MARLOW / Catherine Harris

was received by me on *(date)*   4-29-14 .                                    Esquire

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   BARBARA NELSON , RECEPTIONIST , who is
designated by law to accept service of process on behalf of *(name of organization)*   Ronald R Wolfe + Assoc
4919 Memorial Hwy Ste 200 Tampa, FL on *(date)*   7-1-14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $   60.00   for travel and $   40.00   for services, for a total of $   10 0.00

I declare under penalty of perjury that this information is true.

Date:   7-1-14

Sworn and Subscribed before
me this 1st day of July, 2014
by Jennifer Marlow

*Debby Wolverton*

                                              *Jennifer Marlow*
                                                  Server's signature

                                              JENNIFER MARLOW
                                                 Printed name and title

                                              94 TATUM RD.
                                              SARASOTA, FL 34240
                                                  Server's address

Debby Wolverton
COMMISSION #EE218775
EXPIRES JULY 23, 2016
WWW.AARONNOTARY.com
NOTARY PUBLIC STATE OF FLORIDA

Additional information regarding attempted service, etc:

I left this summons and 12 others on a
chair in front of Barbara Nelson, petite, brown hair
w/ glasses, receptionist. After being told that
counsel wanted to review documents first.
I had no access to this associate.
Counsel was Mr. Ellis, who was allegedly out of the office
- Barbara Nelson Refused to Accept Service.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Georgia

Sherrie Hampton-Muhamed

)
)
)
)
_____ )
*Plaintiff(s)* )
v. )  Civil Action No.  1:13-CV-03659-CC
Ronald R. Wolfe & Associates, P.L., et al )
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Matthew Marks, Esquire
Registered Agent:
Ronald R. Wolfe II
4919 Memorial Highway, Suite 200
Tampa, Florida 33634

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA  30039

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date:   JUN 2 5 2014          _____
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

Civil Action No.

JUL 0 7 2014

## PROOF OF SERVICE

JAMES N. HATTEN, Clerk
By _____
Deputy Clerk

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   JENNIFER MARLOW IVAN IVANOV Esquire

was received by me on *(date)*   6 - 29 - 14

☐ I personally served the summons on the individual at *(place)*   4919 Memorial Highway Ste 200

Tampa Fl 33634 _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons ~~on~~ **with** *(name of individual)*   Barbara Nelson, Receptionist **＊** who is

designated by law to accept service of process on behalf of *(name of organization)*   4919 Memorial Hwy #200

Ronald Wolter Associates _____ on *(date)*   7 - 1 - 14 _____; or   Tampa FL

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $   60.00   for travel and $   40.00   for services, for a total of $   100.00

I declare under penalty of perjury that this information is true.

Date:   7/1/14

Sworn and Subscribed to
this 1st day of July 2014
by Jennifer Marlow

*Debby Wolverton*

_____
Server's signature

JENNIFER MARLOW
_____
Printed name and title

94 TATUM RD.
SARASOTA FL 34240
_____
Server's address

Debby Wolverton
COMMISSION #EE218775
EXPIRES: JULY 23, 2016
WWW.AARONNOTARY.com

Additional information regarding attempted service, etc:

＊ Petite, Brown hair, glasses - Barbara Nelson
After reviewing document And placing a call to another
Receptionist advised me that the proper Authority to Accept
service was not available, After being emailed, party
Ivan Ivanov did not appear, He is in Miami office I was told.

On my second attempt I was told that the document
was to be reviewed by In house counsel, Mr. Ellis, before
any one could be served. I left the summons on chair in a box with 13
Total in front of Receptionist who Refused Acceptance of Service,
As not in her Authority.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

|  |  |
|---|---|
| Sherrie Hampton-Muhamed <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Ronald R. Wolfe & Associates, P.L., et al <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  1:13-CV-03659-CC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ivan Ivanov, Esquire
Registered Agent:
Ronald R. Wolfe II
4919 Memorial Highway, Suite 200
Tampa, Florida 33634

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA  30039

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:  **JUN 2 5 2014**     _____
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 0 7 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  JENNIFER MARLOW  Robert Schneider
was received by me on *(date)*  6-29-14                          Esquire

☐ I personally served the summons on the individual at *(place)*
_____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  BARBARA Nelson, receptionist †* , who is
designated by law to accept service of process on behalf of *(name of organization)*  Ronald RWolfe & Assoc,
4919 Memorial Hwy #200 TampaFl on *(date)*  7/1/14  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $  60.00  for travel and $  40.00  for services, for a total of $  100.00

I declare under penalty of perjury that this information is true.

Date:  7/1/14
Sworn and Subscribed to
this 1st day of July 2014
by Jennifer Marlow

*(signature)* Debby Wolverton

Debby Wolverton
COMMISSION #EE 210775
EXPIRES JULY 23, 2016
WWW.AARONNOTARY.com

*Server's signature*

JENNIFER MARLOW
*Printed name and title*

94 TATUM RD.
SARASOTA, FL 34240
*Server's address*

Additional information regarding attempted service, etc:
* Petite, Brown hair, glasses, - BARBARA Nelson
After Reviewing document And placing call to Another
Receptionist advised me that the proper Authority to
Accept service was not Available/was not in the
office, After being emailed, Robert Schneider did not Appear.
On my second Attempt
I left Summons on chair in office in Front of
Receptionist, who "declined Acceptance of service" As not
in her Authority

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

|  |  |
|---|---|
| Sherrie Hampton-Muhamed | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:13-CV-03659-CC |
| | ) |
| Ronald R. Wolfe & Associates, P.L., et al | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Robert Schneider, Esquire
Registered Agent:
Ronald R. Wolfe II
4919 Memorial Highway, Suite 200
Tampa, Florida 33634

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sherrie Hampton-Muhamed
4329 Doneraii Dr.
Snellville, GA  30039

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date: _JUN 2 5 2014_   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**FILED IN CLERK'S OFFICE**
U.S.D.C. - Atlanta

JUL 07 2014

JAMES N. HATTEN, Clerk

By: _____ Deputy Clerk

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JENNIFER MARLOW VICTORIA C. Esqu

was received by me on *(date)* 6-29-14

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Barbara Nelson, receptionist * who is

designated by law to accept service of process on behalf of *(name of organization)* Ronald R Wolf, & Assoc

4919 Memorial Hwy Ste 200 Tampa FL on *(date)* 7-1-14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 60.00 for travel and $ 40.00 for services, for a total of $ 100.00

I declare under penalty of perjury that this information is true.

Date: 7-1-14

Sworn + Subscribed before
me This 1st day of July 2014
by Jennifer Marlow

*Jennifer Marlow*
Server's signature

JENNIFER MARLOW
Printed name and title

94 TATUM RD
SARASOTA FL 34240
Server's address

Debby Wolverton
COMMISSION #EE218775
EXPIRES JULY 23, 2016
WWW.AARONNOTARY.com

Additional information regarding attempted service, etc:
* Petite, Brown hair glasses, Barbara Nelson reviewed our
summons and called for assistance. After she emailed
associate, I was advised that Counsel for the firm
Mr. Ellis, wanted to review the documents and I had
no access to the associates, Mr. Ellis, allegedly, was
not available. I was told to return another day.
I left the summons with 12 others on the office chair
in front of Barbara Nelson, who refused to accept service.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Georgia

| | | |
|---|---|---|
| Sherrie Hampton-Muhamed | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  1:13-CV-03659-CC |
| | ) | |
| Ronald R. Wolfe & Associates, P.L., et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Victoria S. Jones, Esquire
Registered Agent:
Ronald R. Wolfe II
4919 Memorial Highway, Suite 200
Tampa, Florida 33634

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA  30039

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

_CLERK OF COURT_

Date:   **JUN 2 5 2014**

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 0 7 2014

JAMES N. HATTEN, Clerk
By: S Kipter
Deputy Clerk
Rhonda R Lewis
Esquire

This summons for *(name of individual and title, if any)* JENNIFER MARLOW

was received by me on *(date)* 6-29-14

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* BARBARA NELSON, receptionist * who is
designated by law to accept service of process on behalf of *(name of organization)* RonAld R Wolfe + Asso.
4919 Memorial Hwy, Ste. 200, Tampa FL. on *(date)* 7-1-14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 60.00 for travel and $ 40.08 for services, for a total of $ 100.00

I declare under penalty of perjury that this information is true.

Date: 7/1/14

Server's signature: *Jennifer Marlow*

JENNIFER MARLOW
Printed name and title

94 TATUM RD
SARASOTA, FL 34240
Server's address

Sworn to and subscribed
before me this 1st day
of July 2014 by
Jennifer Marlow
Debby Wolverton

Debby Wolverton
COMMISSION #EE 218775
EXPIRES: JULY 23, 2016
WWW.AARONNOTARY.com

Additional information regarding attempted service, etc:

* Petite, Brown Hair, Glasses Barbara Nelson accepted one
summons, upon review called for assistance. I was
advised party to accept service was not available.
I was told that counsel for the firm wanted to review
documents and allegedly Mr Ellis, counsel, was not
in the office.
I left summons with 12 others on chair in front of
Barbara Nelson, who refused to accept service.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

<table>
<tr><td>Sherrie Hampton-Muhamed</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><br>_____<br><i>Plaintiff(s)</i></td><td>)<br>)<br>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.  1:13-CV-03659-CC</td></tr>
<tr><td>Ronald R. Wolfe & Associates, P.L., et al</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><br>_____<br><i>Defendant(s)</i></td><td>)<br>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rhonda K. Lewis, Esquire
Registered Agent:
Ronald R. Wolfe II
4919 Memorial Highway, Suite 200
Tampa, Florida 33634

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA  30039

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date:   JUN 2 5 2014      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 07 2014

JAMES N. HATTEN, Clerk
BY: _____
Deputy Clerk

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JENNIFER MARLOW  Amanda Croteau Esquire

was received by me on *(date)*   6-29-14

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Barbara Nelson, Receptionist  ✱ , who is
designated by law to accept service of process on behalf of *(name of organization)* Ronald R Wolfe + Assoc.
4919 Memorial Hwy Ste 200, Tampa, FL  on *(date)*  7-1-14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $  60.00  for travel and $  40.00  for services, for a total of $  100.00

I declare under penalty of perjury that this information is true.

Date:  7/1/14

Sworn + Subscribed
Before me this 1st day
of July 2014 by Jennifer
Marlow

*Debby Wolverton (signature)*

*Jennifer Marlow (signature)*
Server's signature

JENNIFER MARLOW
Printed name and title

94 TATUM RD.
SARASOTA, FL 34240
Server's address

Debby Wolverton
COMMISSION #EE 218775
EXPIRES: JULY 23, 2016
WWW.AARONNOTARY.com

Additional information regarding attempted service, etc:
✱ polite, Brown hair w/glasses, Barbara Nelson accepted
+ reviewed one summons. She called for assistance + emailed
all listed associates. Allegedly no associates were
available. I was informed that Counsel for the firm, Mr.
Ellis, wanted to review the documents as he could accept
service for the firm's summons only. Allegedly he was not available until
the next day.
I left this summons, with 12 others on a chair in front of Receptionist.
Barbara Nelson refused Service.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| Sherrie Hampton-Muhamed<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Ronald R. Wolfe & Associates, P.L., et al<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:13-CV-03659-CC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amanda Croteau, Esquire
Registered Agent:
Ronald R. Wolfe II
4919 Memorial Highway, Suite 200
Tampa, Florida 33634

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA  30039

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:   **JUN 2 5 2014**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 07 2014

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ _Luis F. Calvo_
_Esquire_

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Barbara Nelson, receptionist_ ✱ who is
designated by law to accept service of process on behalf of *(name of organization)* _Ronald R. Wolfe & Asso_
_4919 Memorial Hwy Ste 200 Tampa, FL_ on *(date)* _7-1-14_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _60.00_ for travel and $ _40.00_ for services, for a total of $ _10 0.00_

I declare under penalty of perjury that this information is true.

Date: _7/1/14_

Swornto and subscribed
before me this 1st day of
July 2014 by Jennifer Marlow

_Debby Wolverton_

_Jennifer Marlow_
Server's signature

JENNIFER MARLOW
Printed name and title

94 TATUM RD
SARASOTA, FL 34240
Server's address

Debby Wolverton
COMMISSION # EE218775
EXPIRES: JULY 23, 2016
WWW.AARONNOTARY.com

Additional information regarding attempted service, etc:
I left this summons, with 12 others, on a chair
in front of Barbara Nelson, receptionist's desk,
She had reviewed one and called for assistance
I was told, Chief Counsel, Mr. Ellis, allegedly absent
7-1-14, would review the documents before access to
associates. I was told to return another day
on my third attempt I left them all. Barbara Nelson,
✱ petite, brown hair, w/glasses  Refused Service

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| Sherrie Hampton-Muhamed | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No. 1:13-CV-03659-CC |
| | ) |
| Ronald R. Wolfe & Associates, P.L., et al | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Luis F. Ugaz, Esquire
Registered Agent:
Ronald R. Wolfe II
4919 Memorial Highway, Suite 200
Tampa, Florida 33634

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA  30039

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date: _____ **JUN 2 5 2014** _____          _____
*Signature of Clerk or Deputy Clerk*