IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHERRIE HAMPTON-MUHAMED, ) | |
| ) | Civil Action |
| Plaintiff, ) | No.: 1:13-CV-3659-CC |
| ) | |
| v. ) | |
| ) | |
| JAMES B. NUTTER & COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEARANCE

Ann R. Schildhammer. and Matthew R. Rosenkoff of the law firm Taylor English Duma LLP hereby enter their appearance in the above-styled action as counsel of record for the following Defendants: James B. Nutter & Company, James B. Nutter, Jr., Keith Ward, Bruce Huey and Al Pitzner. Counsel hereby requests that, in addition to all other counsel of record, all future notices and pleadings be served upon them at the address listed below.

1

Respectfully submitted this 24th day of July, 2014.

>*//s// Ann R. Schildhammer*
>Ann R. Schildhammer
>*Georgia Bar No. 600290*
>aschildhammer@taylorenglish.com
>Matthew R. Rosenkoff
>*Georgia Bar No. 842117*
>Mrosenkoff@taylorenglish.com
>
>TAYLOR ENGLISH DUMA LLP
>1600 Parkwood Circle, Suite 400
>Atlanta, Georgia 30339
>Telephone: (770) 434-6868
>Facsimile: (770) 434-7376
>
>*Attorneys for Defendants James B. Nutter & Company, James B. Nutter, Jr., Keith Ward, Bruce Huey and Al Pitzner*

CERTIFICATE OF FONT TYPE AND SIZE

Undersigned counsel hereby certifies that the foregoing was prepared with Times New Roman 14-point font, with a top margin of 1.5 inches and a left margin of 1 inch, as required by and approved in LR5.1C.

Dated:  July 24, 2014.

                               //s// Ann R. Schildhammer
                               Ann R. Schildhammer
                               *Georgia Bar No. 600290*
                               Matthew R. Rosenkoff
                               *Georgia Bar No. 842117*

                               TAYLOR ENGLISH DUMA LLP
                               1600 Parkwood Circle, Suite 400
                               Atlanta, Georgia 30339
                               Telephone: (770) 434-6868
                               Facsimile: (770) 434-7376

                               *Attorneys for Defendants James B. Nutter & Company, James B. Nutter, Jr., Keith Ward, Bruce Huey and Al Pitzner*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing *Notice of Appearance* was this day served via first-class U.S. Mail in a properly addressed envelope with sufficient postage affixed thereto, as follows:

> Sherrie Hampton-Muhamed
> 4329 Donerail Drive
> Snellville, GA  30039
> *Pro se Plaintiff*

and with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to all attorneys of record.

This 24th day of July, 2014.

> *//s// Ann R. Schildhammer*
> Ann R. Schildhammer
> *Georgia Bar No. 600290*
> Matthew R. Rosenkoff
> *Georgia Bar No. 842117*
>
> TAYLOR ENGLISH DUMA LLP
> 1600 Parkwood Circle, Suite 400
> Atlanta, Georgia 30339
> Telephone: (770) 434-6868
> Facsimile: (770) 434-7376
>
> *Attorneys for Defendants James B. Nutter & Company, James B. Nutter, Jr., Keith Ward, Bruce Huey and Al Pitzner*