IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Sherrie Hampton-Muhamed,

    Plaintiff,

v.                                         Civil Action No. 1:13-CV-3659-CC

James B Nutter & Co.,
Bruce Huey, VP, Al Pitzner, VP,
Ronald R. Wolfe & Associates, P.L.,
Andrea D. Pidala, Esq., John Does 1-20,

    Defendants.
_____/

**THE RRW DEFENDANTS'
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendants Ronald R. Wolfe & Associates, P.L., Amanda Croteau, Ivan Ivanov, Julie Anthousis, Katherine Tilka, Matthew Marks, Matthew Wolf, Rhonda Lewis, Robert Schneider, Ronald R. Wolfe, Victoria Jones, Andrea D. Pidala, Brian Hummel, Sabrina Moravecky, Frances Hannon, John Phillips, and Luis F. Ugaz (collectively, "the RRW Defendants") hereby disclose the following:

1. The undersigned Counsel of Record certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Sherri Hampton-Muhamed is the plaintiff in this action. Ronald R. Wolfe & Associates, P.L., Amanda Croteau, Ivan Ivanov, Julie Anthousis, Katherine Tilka, Matthew Marks, Matthew Wolf, Rhonda Lewis, Robert Schneider, Ronald R. Wolfe, Victoria Jones, Andrea D. Pidala, Brian Hummel, Sabrina Moravecky, Frances Hannon, John Phillips, and Luis F. Ugaz (collectively, "the RRW Defendants"), and James B. Nutter & Co., Bruce Huey, Al Pitzner, James B. Nutter, Jr., and Keith Ward (collectively, the "Nutter Defendants") are the defendants in this action. Ronald R. Wolfe & Associates, P.L. is privately owned, and its stock is not publicly traded. No publicly held corporation owns 10% or more of Ronald R. Wolfe & Associates, P.L.'s stock.

2. The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

3. The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff is proceeding *pro se*. The RRW Defendants are represented by

Suzanne B. Hill and Kevin R. Gowen, II of Rumberger, Kirk & Caldwell and William J. Holley, II and Scott E. Zweigel of Parker, Hudson, Rainer & Dobbs LLP. The Nutter Defendants are represented by Ann R. Schildhammer and Matthew R. Rosenkoff of Taylor English Duma LLP.

Respectfully submitted this 22nd day of August, 2014,

/s/ Kevin R. Gowen, II
Suzanne Barto Hill, Esquire
Florida Bar No. 0846694
*Admitted Pro Hac Vice 8/11/14*
E-Mail:  shill@rumberger.com
Kevin R. Gowen, II, Esquire
Florida Bar No. 0900621
E-Mail:  kgowen@rumberger.com
*Admitted Pro Hac Vice 8/11/14*
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133


William J. Holley, II
Georgia Bar No. 362310
E-Mail:  wjh@phrd.com
Scott E. Zweigel
Georgia Bar No. 786616
E-Mail:  sez@phrd.com
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.

Atlanta, Georgia 30303
Telephone:  (404) 523-5300
Facsimile:  (404) 522-8409

*Counsel for the RRW Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 22, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Ann R. Schildhammer, Esquire** at aschildhammer@taylorenglish.com and to **Matthew R. Rosenkoff, Esquire** at mrosenkoff@taylorenglish.com.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

> Sherrie Hampton-Muhamed
> 4329 Donerail Drive
> Snellville, GA  30039

> */s/ Kevin R. Gowen, II*
> Kevin R. Gowen, II