IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHERRIE HAMPTON-MUHAMED, ) | |
| ) | Civil Action |
| Plaintiff, ) | No.: 1:13-CV-3659-CC |
| ) | |
| v. ) | |
| ) | |
| JAMES B. NUTTER & COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THE NUTTER DEFENDANTS' CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendants James B. Nutter & Company, James B. Nutter, Jr., Keith Ward, Bruce Huey and Al Pitzner (defined collectively as the "Nutter Defendants") hereby disclose the following:

1. The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   Sherrie Hampton-Muhamed is the Plaintiff in this action. Defendants are James B. Nutter & Company, James B. Nutter, Jr., Keith Ward, Bruce

Huey, Al Pitzner, Ronald R. Wolfe & Associates, P.L., Amanda Croteau, Ivan Ivanov, Julie Anthousis, Katherine Tilka, Matthew Marks, Matthew Wolf, Rhonda Lewis, Robert Schneider, Ronald R. Wolfe, Victoria Jones, Andrea D. Pidala, Brian Hummel, Sabrina Moravecky, Frances Hannon, John Phillips, and Luis F. Ugaz. James B. Nutter & Company is privately owned; its stock is not publicly traded and no publicly held corporation owns 10% or more of James B. Nutter & Company's stock.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest that could be substantially affected by the outcome of this particular case:

None known at this time.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff is proceeding *pro se*. The Nutter Defendants are represented by Ann R. Schildhammer and Matthew R. Rosenkoff of the law firm of Taylor English Duma LLP. The remaining Defendants are represented by Suzanne B. Hill and Kevin R. Gowen, II of Rumberger, Kirk &

Caldwell and William J. Holley, II and Scott E. Zweigel of Parker, Hudson, Rainer & Dobbs LLP.

Dated:  August 26, 2014.

>*//s// Ann R. Schildhammer*
>Ann R. Schildhammer
>*Georgia Bar No. 600290*
>aschildhammer@taylorenglish.com
>Matthew R. Rosenkoff
>*Georgia Bar No. 842117*
>Mrosenkoff@taylorenglish.com
>
>TAYLOR ENGLISH DUMA LLP
>1600 Parkwood Circle, Suite 400
>Atlanta, Georgia 30339
>Telephone: (770) 434-6868
>Facsimile: (770) 434-7376
>
>*Attorneys for Defendants James B. Nutter & Company, James B. Nutter, Jr., Keith Ward, Bruce Huey and Al Pitzner*

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

I hereby certify that the foregoing was prepared with Times New Roman (14 point) type, with a top margin of one and one-half (1 ½) inches and a left margin of one (1) inch.

This 26th day of August, 2014.

>*//s// Ann R. Schildhammer*
>Ann R. Schildhammer

3

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was this day served via first-class U.S. Mail in a properly addressed envelope with sufficient postage affixed thereto, as follows:

>Sherrie Hampton-Muhamed
>4329 Donerail Drive
>Snellville, GA  30039
>*Pro se Plaintiff*

and with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to all attorneys of record.

This 26th day of August, 2014.

>*//s// Ann R. Schildhammer*
>Ann R. Schildhammer
>*Georgia Bar No. 600290*
>Matthew R. Rosenkoff
>*Georgia Bar No. 842117*
>
>TAYLOR ENGLISH DUMA LLP
>1600 Parkwood Circle, Suite 400
>Atlanta, Georgia 30339
>Telephone: (770) 434-6868
>Facsimile: (770) 434-7376
>
>*Attorneys for Defendants James B. Nutter & Company, James B. Nutter, Jr., Keith Ward, Bruce Huey and Al Pitzner*