FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP -5 2014

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Sherrie Hampton-Muhamed, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-CV-3659-CC |
| ) | |
| James B Nutter & Company, et al ) | |
| Ronald R. Wolfe & Associates, P.L. ,et al ) | |
| JOHN DOES 1-20, ) | |
| ) | |
| Defendants ) | |

### NOTICE TO COURT OF CHANGE IN PLAINTIFF'S PHONE NUMBER AND EXTRA DOCUMENTS IN AMENDED COMPLAINT

It has been brought to Plaintiff's attention that the phone number on the court record is incorrect. The correct phone number should be 770-978-4426 and not 770-573-0025. The parties in the case have been given my cell phone number for easier access, but the court record phone number should be listed as noted above.

After receiving a copy of Plaintiff's amended complaint from the court records, Plaintiff found another case attached to her records in Docket #10, page 10 and all four pages in #11. Plaintiff called the court to let them know, but should notice it for the records.

Filed this 4th day of September, 2014

*Sherrie Hampton-Muhamed* (signature)
Sherrie Hampton-Muhamed

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing was prepared with Times New Roman (14 point) type, with a top margin of one and one-half (1 ½) inches and a left margin of one (1) inch.

This 4th day of September, 2014.

*Sherrie Hampton-Muhamed*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME** to be served in this matter by E-mail, Fax or U.S. Mail, addressed as follows:

Ann R. Schildhammer

Georgia Bar No. 600290

aschildhammer@taylorenglish.com

Matthew R. Rosenkoff

Georgia Bar No. 842117

Mrosenkoff@taylorenglish.com

TAYLOR ENGLISH DUMA LLP

1600 Parkwood Circle, Suite 400

Atlanta, Georgia 30339

Telephone: (770) 434-6868

Facsimile: (770) 434-7376

Counsel for the Nutter Defendants

AND

*Scott E. Zweigel*

**PARKER, HUDSON, RAINER & DOBBS LLP**

*William J. Holley, II*

*Georgia Bar No. 362310*

*wjh@phrd.com*

*Scott E. Zweigel*

*Georgia Bar No. 786616*

*sez@phrd.com*

*1500 Marquis Two Tower*

*285 Peachtree Center Avenue, N.E.*

*Atlanta, Georgia 30303*

*Telephone: (404) 523-5300*

*Facsimile: (404) 522-8409*

Local Counsel for the RRW Defendants

-with-

**RUMBERGER, KIRK & CALDWELL, P.A.**

*Suzanne Barto Hill*

*Pro Hac Vice application to be filed*

*Kevin R. Gowen, II*

*Pro Hac Vice application to be filed*

*Lincoln Plaza, Suite 1400*

*300 South Orange Ave.*

*Orlando, FL 32802-1873*

*Lead Counsel for the RRW Defendants*

And with the Clerk of Court through US Mail, Tracking #  EB 74199170 US and not filed electronically as Plaintiff is excused from filing this document or thing electronically by Court order.

/s/ Sherrie Hampton-Muhamed

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA  30039
Phone:  404-786-6291
Facsimile:  770-978-0207
cmrsinc@comcast.net