# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Sherrie Hampton-Muhamed, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-CV-3659-CC |
| ) | |
| James B Nutter & Company, et al ) | |
| Ronald R. Wolfe & Assocs., P.L. ,et al ) | |
| JOHN DOES 1-20, ) | |
| ) | |
| Defendants ) | |

## [PROPOSED] ORDER GRANTING THE PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

1. FOR GOOD CAUSE SHOWN, the Unopposed Motion for Extension of Time for the Plaintiff, Sherrie Hampton-Muhamed is hereby **GRANTED**.

2. Accordingly, it is hereby **ORDERED** that the time within which the above-named Plaintiff may respond to is extended from September 5, 2014 to October 5, 2014.

**SO ORDERED** this  15  day of , 2014.

_____
The Honorable Linda T. Walker
Magistrate , United States District Court
Northern District of Georgia