FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 2 3 2014

JAMES N. ~~~~EN, Clerk
By: _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| Sherrie Hampton-Muhamed, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:13-CV-3659-CC |
| | ) | |
| James B Nutter & Company, et al | ) | |
| Ronald R. Wolfe & Assocs, et al; | ) | |
| JOHN DOES 1-20, | ) | |
| Defendants | ) | |

## UNOPPOSED MOTION FOR LEAVE TO AMEND PLAINTIFFS RESPONSE TO DEFENDANTS MOTION TO DISMISS

1. Comes now Plaintiff, Sherrie Hampton-Muhamed, and requests leave to amend her response to the Defendants, Ronald R. Wolfe & Assocs., et al Motion to Dismiss for circumstances beyond her control.

2. Plaintiff is being treated because of her disability. During the course of responding to the Motion to Dismiss, plaintiff's physician changed the medication for her disability, which caused Plaintiff adverse effects both physically and mentally.  It wasn't until after the new medication was ceased and out of Plaintiff's system that Plaintiff realized her Response was not as she intended.

3. Plaintiff contacted counsel for Defendants and Kevin Gowen replied on behalf of all RRW defendants.

1

4. Defendants do not object to Plaintiff's Amended Response with the understanding that Defendants are allowed the 14 day reply time to respond to the Amended Response. Plaintiff is asking the court for leave to amend her response, as justice requires and is not attempting to delay or impede opposing counsel.

WHEREFORE Plaintiff has received the opposing party's written consent to amend Plaintiff's response, Plaintiff moves the court to GRANT Plaintiff's Motion To Amend.

DATED this 22nd day of October, 2014      Respectfully submitted,

_Sherrie Hampton-Muhamed_

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
(404)786-6291
cmrsinc@comcast.net

## <u>CERTIFICATE  OF  COMPLIANCE  WITH  LOCAL  RULE 5.1</u>

I hereby certify that the foregoing was prepared double spaced with Times New

Roman (14 point) type, with a top margin of one and one-half (1 ½) inches and a

left margin of one (1) inch.

This 22nd day of October 2014.

_____
Sherrie Hampton-Muhamed

# CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the foregoing MOTION FOR LEAVE TO AMEND  DEFENDANTS MOTION TO DISMISS AMENDED COMPLAINT to be served in this matter by E-mail, Fax or U.S. Mail, addressed as follows :

Filed this 22nd day of October 2014.

Suzanne Barto Hill, Esquire (Florida Bar No. 0846694)
E-Mail: shill@rumberger.com
Kevin R. Gowen, II, Esquire (Florida Bar No. 0900621)
E-Mail: kgowen@rumberger.com
RUMBERGER, KIRK & CALDWELL, A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue,  Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300   Telecopier: (407) 841-2133
William J. Holley, II  (Georgia Bar No. 362310)
E-Mail: wjh@phrd.com
Scott E. Zweigel  (Georgia Bar No. 786616)
E-Mail: sez@phrd.com
1500 Marquis Two Tower, 285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5300  Facsimile: (404) 522-8409

And with the Clerk of Court through US Mail, Tracking # *IZIVO40E01835824/5* US and not filed electronically as Plaintiff is excused from filing this document or thing electronically by Court order.

*Sherrie Hampton Muhamed*

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
(404) 786-6291
cmrsinc@comcast.net

4