RECEIVED IN CLERK'S OFFICE
U.S.

OCT 30 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Sherrie Hampton-Muhamed, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:13-CV-3659-CC |
| James B Nutter & Company, et al | ) |
| Ronald R. Wolfe & Assocs., P.L., et al | ) |
| JOHN DOES 1-20, | ) |
| Defendants | ) |

## [PROPOSED] ORDER GRANTING THE PLAINTIFF'S UNOPPOSED MOTION TO AMEND OPPOSITION TO RONALD R. WOLFE & ASSOCS., ET AL MOTION TO DISMISS

1. FOR GOOD CAUSE SHOWN, the Unopposed Motion to Amend the Opposition to RRW's Motion to Dismiss for the Plaintiff, Sherrie Hampton-Muhamed is hereby **GRANTED**.

2. Accordingly, it is hereby **ORDERED** that the amendment to Plaintiff's Opposition filed with the leave to amend the opposition is accepted as is.

**SO ORDERED** this _____ day of October, 2014.

_____
The Honorable Linda T. Walker
Magistrate, United States District Court
Northern District of Georgia

1 of 2