IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 23 2014

JAMES N. ALLEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| Sherrie Hampton-Muhamed, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-CV-3659-CC |
| ) | |
| James B Nutter & Company, et al; ) | |
| Ronald R. Wolfe & Assocs., et al; ) | |
| JOHN DOES 1-20, ) | |
| Defendants ) | |

## AFFIDAVIT OF FACT FOR SHERRIE HAMPTON-MUHAMED

PLEASE TAKE NOTICE, that **Sherrie Hampton-Muhamed**, your Affiant and the undersigned, with personal knowledge of matters set forth herein, one of the people of Georgia, in correct public capacity, being of majority in age, competent to testify with clean hands, without waiving any rights, remedies, or defenses declares, verifies and affirms that the facts stated herein are true, correct, and complete in all material fact, not misrepresented and made under the penalties of perjury of the laws of the united States of America and the State of Georgia, except those statements of fact made upon information and belief, and as to those statements, the undersigned believes them to be true:

    1. I have no contract with James B Nutter & Co.

AFFIDAVIT OF FACT SHERRIE HAMPTON-MUHAMED      1

2. There is no provision in the statutes of Florida for the debt of a deceased person to transfer to the beneficiary of the deceased estate. The law does not allow it.

3. All debts of the estate were settled at probate.

Further, Affiant sayeth naught.

Dated this 22 day of October, 2014.

Done under my hand and seal of my free will act and deed.

By: /s/ Sherrie Hampton-Muhamed

Sherrie Hampton-Muhamed, Authorized Signatory for
and Director of SHERRIE HAMPTON-MUHAMED, a Legal Person
4329 Donerail Drive
Snellville, Georgia [30039]


State of Georgia            )
                            )ss.:   JURAT/ACKNOWLEDGMENT
County of Gwinnett          )


On this 22rd day of October, 2014, before me, /s/ Jawad F. Lowe, a Notary Public in and for the State of Georgia and County of Gwinnett, personally appeared **Sherrie**

AFFIDAVIT OF FACT SHERRIE HAMPTON-MUHAMED    2

**Hampton-Muhamed**, who proved to me on the basis of satisfactory evidence to be the living woman who attested and subscribed to the within above instrument, by the above-named party's unlimited commercial liability, as true, correct, complete and not misleading, and further proven that she is the woman subscribed to within this instrument.

Witness my hand and seal this 22 day of October, 2014.

_____
Notary Public                                                    Seal:

My Commission Expires: 02/04/2018