# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Sherrie Hampton-Muhamed, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:13-CV-3659-CC |
| | ) |
| James B Nutter & Company, et al | ) |
| Ronald R. Wolfe & Assocs., P.L. ,et al | ) |
| JOHN DOES 1-20, | ) |
| | ) |
| Defendants | ) |

## [PROPOSED] ORDER GRANTING THE PLAINTIFF'S UNOPPOSED MOTION TO AMEND OPPOSITION TO JAMES B. NUTTER & CO., ET AL MOTION TO DISMISS

1. FOR GOOD CAUSE SHOWN, the Unopposed Motion to Amend the Opposition to RRW's Motion to Dismiss for the Plaintiff, Sherrie Hampton-Muhamed is hereby **GRANTED**.

2. Accordingly, it is hereby **ORDERED** that the amendment to Plaintiff's Opposition filed with the leave to amend is accepted as is.

**SO ORDERED** this _31_ day of , 2014.

_____
The Honorable Linda T. Walker
Magistrate , United States District Court
Northern District of Georgia