IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAR 1 3 2015
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| Sherrie Hampton-Muhamed, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:13-CV-3659-CC |
| | ) |
| James B Nutter & Company, et al | ) |
| Ronald R. Wolfe & Assocs., P.L., et al | ) |
| JOHN DOES 1-20, | ) |
| | ) |
| Defendants | ) |

### PRAECIPE TO THE CLERK

COMES NOW, the Plaintiff, Sherrie Hampton-Muhamed and respectfully requests the Clerk to:

Attach the following copy of the Verification. Plaintiff recognizes she made a mistake and did not verify the complaint properly and I am correcting it now. Everything filed in this case is now verified under this statement.

Dated this 12 day of March, 2015.

_Sherrie Hampton-Muhamed_

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
Phone: 404-786-6291
Facsimile: 770-978-0207
cmrsinc@comcast.net

FILED IN CLERK'S OFFICE
U.S.D.C - Atlanta

MAR 13 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Sherrie Hampton-Muhamed, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:13-CV-3659-CC |
| ) | |
| James B Nutter & Company, et al ) | |
| Ronald R. Wolfe & Assocs., P.L., et al ) | |
| JOHN DOES 1-20, ) | |
| ) | |
| Defendants ) | |

## VERIFICATION

Plaintiff recognizes she made a mistake by not properly verifying her complaint and is correcting this now.

Under penalty of perjury, I declare that I am the alleged Plaintiff in the above-entitled matter. This is to verify that the facts alleged therein in all my previous pleadings are true and correct to the best of my knowledge and belief.

Done this 12th Day of March, 2015 as duly sworn under the pains and penalties of perjury under the laws of United States of America, 28 USC section 1746 (1) presented as testimony in a federal record action and contract.

Respectfully submitted,

All rights reserved without prejudice
Without recourse

*Sherrie Hampton-Muhamed* (signature)

Sherrie Hampton-Muhamed
Donerail Dr.
Snellville, GA 30039
(404)786-6291
cmrsinc@comcast.net

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that the foregoing was prepared double spaced with Century Schoolbook (13 point) type, with a top margin of one and one-half (1 ½) inches and a left margin of one (1) inch.

This ____ day of March, 2015.

*Sherrie Hampton-Muhamed* (signature)
Sherrie Hampton-Muhamed

# CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the foregoing to be served in this matter by E-mail, Fax or U.S. Mail, addressed as follows:

Filed this 12th day of March, 2015.

**PARKER, HUDSON, RAINER & DOBBS LLP**
William J. Holley II, Esquire, Georgia Bar No. 362310
wjh@phrd.com
Scott E. Zweigel, Esquire, Georgia Bar No. 786616
sez@phrd.com
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.  Atlanta, Georgia 30303
Telephone: (404) 523-5300    Facsimile: (404) 522-8409

**RUMBERGER, KIRK & CALDWELL, P.A.**
Suzanne Barto Hill, Esquire  Florida Bar No. 0846694, *Admitted Pro Hac Vice*
shill@rumberger.com
Kevin R. Gowen, II, Esquire, Florida Bar No. 0900621, *Admitted Pro Hac Vice*
kgowen@rumberger.com
Post Office Box 1873,   Orlando, Florida 32802-1873
Telephone: (407) 872-7300    Telecopier: (407) 841-2133

**TAYLOR ENGLISH DUMA LLP**   (Counsel for the Nutter Defendants)
Ann R. Schildhammer, Esquire (GA Bar No. 600290)
aschildhammer@taylorenglish.com
Matthew R. Rosenkoff, Esquire (GA Bar No. 842117)
Mrosenkoff@taylorenglish.com
1600 Parkwood Circle, Suite 400,   Atlanta, Georgia 30339
Telephone: (770) 434-6868    Facsimile: (770) 434-7376

And with the Clerk of Court through US Mail, Tracking # 1Z1V040E0153925486 US, or in person, and not filed electronically as Plaintiff is excused from filing this document or thing electronically by Court order.

*Sherrie Hampton-Muhamed*
Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
(404) 786-6291
cmrsinc@comcast.net