FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 13 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| Sherrie Hampton-Muhamed, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:13CV3659C |
| | ) |
| James B Nutter & Company, et al | ) |
| Ronald R. Wolfe & Assocs., P.L.,et al | ) |
| JOHN DOES 1-20, | ) |
| | ) |
| Defendants | ) |

## PRAECIPE TO THE CLERK

COMES NOW, the Plaintiff, Sherrie Hampton-Muhamed and respectfully requests the Clerk to:

Attach the following copy of the Proposed Order to the Contract Owner and Holders Demand to Strike Pursuant to Rule 12, in the Nature of a Motion. Contract Execution and Enforcement Document of Record dated March 10, 2015.

Dated this ___ day of March, 2015.

*Sherrie Hampton Muhamed* (signature)

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
Phone: 404-786-6291
Facsimile: 770-978-0207
cmrsinc@comcast.net

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Sherrie Hampton-Muhamed, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:13CV3659-CC |
| | ) |
| James B Nutter & Company, et al | ) |
| Ronald R. Wolfe & Assocs., P.L.,et al | ) |
| JOHN DOES 1-20, | ) |
| | ) |
| Defendants | ) |

(PROPOSED) **ORDER**

This matter is of the Contract Owners and Holders Demand to Strike pursuant to Rule 12 in the Nature of a Motion before the Court on the plaintiffs filing. The Court reviews the matter de novo. The court reviews these matters under the contract as purchased. The court finds with full support by the record that:

1. Failing to obtain consent of the plaintiff for a magistrates entry into the case is prejudicial error.

Therefore: The magistrates report is stricken from the record.

2. Defendants have failed to meet the burden of pleading in compliance with

1

the rules written and do so in derogation of their higher knowledge and duty to comply with the rules. The Defendants nor any other party is ever authorized to violate one section of the rules of procedure and take the benefit of another.

3. The court reviews the defendants' pleadings as a motion for summary judgment. Motion for summary judgment denied.

BE IT ORDERED: Defendants will show cause within 14 days as to why they believe and are able to support by fact or law or contract that summary judgment should not be issued against them. Plaintiff will have 10 days to respond to said show cause if necessary.

Done this 12 day of March, 2015.

*[signature]*

Honorable Clarence Cooper
Senior Judge, United States District Court
Northern District of Georgia