## APPEAL RECEIPT SHEET

Case Number: __1:13-CV-3659-CC__

Date fee paid
over the counter: _____

Date fee paid and date check
receipted from check log: __4-8-15__

Transcript Order Form
given to attorney/courier:   Yes _____

                             No ✓

```
Court Name: Northern District of Georgia
Division: 1
Receipt Number: GAN100072682    72682
Cashier ID: bputting
Transaction Date: 04/08/2015
Payer Name: SHERRIE HAMPTON MUHAMED

NOTICE OF APPEAL/DOCKETING FEE
  For: SHERRIE HAMPTON MUHAMED
  Case/Party: D-GAN-1-13-CV-003659-001
  Amount:         $505.00

PAPER CHECK CONVERSION
  Check/Money Order Num: 100669481345
  Amt Tendered: $505.00

Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

With a check payment you authorize
us either to use information from
your check to make a one-time
electronic fund transfer from your
account or to process the payment
as a check transaction. For
inquiries or privacy
information, call 404-215-1625
```

▶▶ Pull To Open    **EXTREMELY URGENT** Please Rush To Addressee    Schedule package pickup right from your home or office at usps.com/pickup

EXPRESS MAIL ENVELOPE

Print postage online - Go t

U.S. POSTAGE PAID
GAINESVILLE, GA
30501
APR 06, 15
AMOUNT
**$19.99**
00115319-11

**PLEASE PRESS FIRMLY**


1007

# EXPRESS MAIL®
UNITED STATES POSTAL SERVICE

## Flat Rate Mailing Envelope
For Domestic and International Use

Visit us at usps.com

When used internationally affix customs declarations (PS Form 2976, or 2976A).


EK685176090US

**7.2**


UNITED STATES POSTAL SERVICE ★ PRIORITY MAIL ★ EXPRESS™

CLEARED APR 7 2015

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE 404-786-6291
SHERRIE HAMPTON-MUHAMED
4329 DONERAIL DR
SNELLVILLE, GA 30039

**PAYMENT BY ACCOUNT** (if applicable)

**DELIVERY OPTIONS** (Customer Use Only)
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

**TO:** (PLEASE PRINT)  PHONE ( )
CLERK OF COURTS
U.S. DISTRICT-NORTH DIST. ATLANTA
2211 U.S. COURTHOUSE
75 SPRING ST
ATLANTA, GA 30303

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 30504
Scheduled Delivery Date: 4-7-15
Postage: $19.99
Date Accepted: 4-6-15
Scheduled Delivery Time: ☐ 10:30AM ☐ 3:00PM ☒ 12 NOON
Insurance Fee: $   COD Fee: $
Time Accepted: 2:54 ☐ AM ☒ PM
10:30 AM Delivery Fee: $   Return Receipt Fee: $   Live Animal Transportation Fee: $
Weight: ☐ Flat Rate  lbs. 8 ozs.
Sunday/Holiday Premium Fee: $
Acceptance Employee Initials: TCC
Total Postage & Fees: $19.99

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)  Time  Employee Signature
Delivery Attempt (MM/DD/YY)  Time  Employee Signature

LABEL 11-B, JANUARY 2014  PSN 7690-02-000-9996  3-ADDRESSEE COPY


USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps

Please recycle.

082708_EM_EP13F  OCT 2008

EP13F