# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
DISTRICT COURT EXECUTIVE
CLERK OF COURT

DOCKETING SECTION
404-215-1655

May 18, 2015

Sheryl L. Loesch, Clerk of Court
Clerk's Office
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, Florida 33602

      Re:    Hampton-Muhamed v. James B. Nutter & Co. et al
                 Civil Action No.: 1:13-cv-3659 NDGA; 8:15-cv-608 MDFL

Dear Clerk,

I am forwarding certified copies of appeal documents, USCA Appeal Fees receipt and docket sheet filed in this Court by Sherrie Hampton-Muhamed. This case was electronically transferred the USDC, Middle District of Florida on 3/19/15. The Notice of Appeal was filed in this Court on 4/6/15, and was transmitted to the 11th Circuit of Appeals on 4/8/15 along with her appeal fees and was later assigned USCA Case No. 15-11502-CC. Due to the case being transferred, we are forwarding these documents to your Court for appropriate handling.

                                        Sincerely,

                                        James N. Hatten
                                        District Court Executive
                                        and Clerk of Court

                                        By: <u>P. McClam</u>
                                            Deputy Clerk

Enclosures