IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 15-11502-C

SHERRIE HAMPTON-MUHAMED,

Plaintiff-Appellant,

versus

JAMES B. NUTTER & COMPANY,
BRUCE HUEY,
VP,
AL PITZNER,
VP Compliance,
RONALD R. WOLFE & ASSOCIATES, P.L.,
ANDREA D. PIDALA,
Esquire, et al.,

Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Georgia

Before: TJOFLAT, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, *sua sponte*, as unnecessarily duplicative of Case No. 15-11485. Any pending motions are denied as moot. No motion for reconsideration may be

filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 22, 2015

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 15-11502-CC
Case Style: Sherrie Hampton-Muhamed v. James B. Nutter & Co., et al
District Court Docket No: 1:13-cv-03659-CC

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

DIS-4 Multi-purpose dismissal letter